IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SULAIMAN MUJAHID TAALIBDIN,<br>Petitioner,<br><br>v.<br><br>KENNETH D. KYLER, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA and THE DISTRICT ATTORNEY FOR PHILADELPHIA COUNTY,<br>Respondents. | CIVIL ACTION<br><br>NO. 94-6649 |

**O R D E R**

**AND NOW**, this 30th day of December, 2020, upon consideration of *pro se* petitioner Sulaiman Mujahid Taalibdin's Motions for Relief From Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4) (Document No. 25, filed May 27, 2020 and Document No. 27, filed June 30, 2020), for the reasons stated in the accompanying Memorandum dated December 30, 2020, **IT IS ORDERED**:

    1.    To the extent the Motions challenge this Court's jurisdiction over *pro se* petitioner Taalibdin's initial habeas corpus petition and all habeas corpus petitions filed thereafter, the Motions are **DENIED**;

    2.    To the extent the Motions challenge *pro se* petitioner Taalibdin's conviction and sentence in state court for lack of subject matter jurisdiction, they are **DISMISSED WITHOUT PREJUDICE** to *pro se* petitioner's right to seek authorization from the United States Court of Appeals for the Third Circuit to file a second or successive petition for writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3)(A).

    **IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a

valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling with respect to petitioner's claims.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**JAN E. DUBOIS, J.**